### BERLINER GRAMOPHONE CO. v. SEAMAN.

(Circuit Court of Appeals, Fourth Circuit. May 8. 1902.)

No. 412.

On Petition for Rehearing. Dismissed.
For former opinion, see 113 Fed. 750.

PER CURIAM. We have given very careful consideration to the petition of the appellant for rehearing of this case. The conclusion reached by this court was after full conference and grave consideration. We see no reason for any further discussion of the matter. The petition for rehearing is dismissed.